UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DANIEL EUGENE MCCANTS SR., TRACY KNOX MCCANTS,**  §§§§§<br><br>**Plaintiff,** §<br>§<br>**v.** §§<br>§<br>**DOVENMUEHLE MORTGAGE, INC., VILLAGE CAPITAL & INVESTMENT LLC,** §§§<br>§<br>**Defendants.** | **CIVIL NO. W-21-CV-00129-DTG** |

### ORDER ON MOTION FOR SANCTIONS

Before the Court is Plaintiffs' Motion for Sanctions for Defendants' Violations of Discovery Orders (ECF No. 73) The motions have been fully briefed, and the parties have submitted multiple status updates since the Court first addressed this issue. The Court heard supplemental oral argument on October 19, 2023, and after considering the briefing and arguments of counsel, issued an oral ruling on the record. The Court hereby summarizes that ruling and **ORDERS** Defendants to produce all of the complaints on the list included on Bates Nos 6807 through 8948 by November 1, 2023; and a failure to do so, will result in the Court imposing the sanctions of an adverse finding that Defendants engaged in a pattern and practice and/or policies and procedures as alleged in paragraphs 23, 287 and 288 of Plaintiffs' Second Amended Complaint, ECF No. 57.

SIGNED this 26th day of October, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE